UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERNEST WASHINGTON,              )
                                )
        Plaintiff                )
                                )   No. 3:13-1371
v.                              )   Judge Campbell/Bryant
                                )
SARAH FOSTER, *et al.*,         )
                                )
        Defendants              )

**TO:   THE HONORABLE TODD J. CAMPBELL**

### REPORT AND RECOMMENDATION

On March 13, 2015, the undersigned Magistrate Judge entered an order to show cause directing Plaintiff Washington, who is proceeding *pro se* and *in forma pauperis*, to show cause on or before March 30, 2015, why his complaint should not be dismissed for his failure to obtain service of process on any Defendant (Docket Entry No. 16). This order expressly admonished Plaintiff that if he failed to respond to the order the undersigned Magistrate Judge may recommend that his complaint be dismissed. Despite this admonition, Plaintiff Washington has not responded nor does the record indicate that he has obtained service of process on any Defendant.

### RECOMMENDATION

For the reasons stated above, the undersigned Magistrate Judge recommends that the complaint be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in

which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

  **ENTER** this 6th day of October, 2015.

        /s/ John S. Bryant
        JOHN S. BRYANT
        United States Magistrate Judge